684 A.2d 1067

Dolores L. ROSS, Appellant

v.

SOCIETY HILL TOWERS, Eastern Engineering & Elevator Company and Otis Elevator Company.

Supreme Court of Pennsylvania.

Argued Oct. 15, 1996.

Decided Nov. 8, 1996.

Lawrence D. Finney, Philadelphia, for Dolores L. Ross.

Kean K. McDonald, Jeffrey D. Hutton, Philadelphia, for Society Hill Towers.

William V. Coleman, Thomas Finarelli, Philadelphia, for Otis Elevator.

Kevin J. Connors, Philadelphia, for Eastern Engineering Co.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

357

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

CAPPY and NIGRO, JJ., dissent.